## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dani Al Khoury d/b/a Evolve Life Style Salon & Spa | CHAPTER 13 |
| Sana Nweiser | BKY. NO. 22-12031 PMM |
| Debtor(s) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
30 Sep 2022, 15:12:56, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322