## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | Case No.: 22-12031 |
| **Dani Al Khoury DBA Evolve Life Style** : | **Chapter 13** |
| **Salon & Spa** : | **Judge Patricia M. Mayer** |
| **Sana Nweiser** : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | Date and Time of Hearing |
| **Fargo Auto** : | Place of Hearing |
| **Movant,** : | **November 22, 2022 at 10:00 a.m.** |
| : | |
| vs | |
| : | 201 Penn Street, 4th Floor |
| **Dani Al Khoury DBA Evolve Life Style** : | Reading, PA 19601 |
| **Salon & Spa** : | |
| **Sana Nweiser** : | |

**SCOTT F. WATERMAN (Chapter 13)**
**Respondents.**

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before November 12, 2022, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    201 Penn Street, Suite 103
    Reading, PA, 19601-____

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B. Mail a copy to the Creditor's attorney and the below listed:

22-032257_EJS1

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA  19606
ECFMail@ReadingCh13.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on November 22, 2022 at 10:00 a.m. in 201 Penn Street, 4th Floor, Reading, PA 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

DATE:  10/28/2022

22-032257_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | Case No.: 22-12031 |
| **Dani Al Khoury DBA Evolve Life Style** : | **Chapter 13** |
| **Salon & Spa** : | **Judge Patricia M. Mayer** |
| **Sana Nweiser** : | * * * * * * * * * * * * * * * * * |
| : | |
| **Debtor(s)** | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | **Place of Hearing** |
| **Movant,** : | **November 22, 2022 at 10:00 a.m.** |
| : | |
| **vs** : | |
| : | **201 Penn Street, 4th Floor** |
| **Dani Al Khoury DBA Evolve Life Style** : | **Reading, PA 19601** |
| **Salon & Spa** : | |
| **Sana Nweiser** : | |

**SCOTT F. WATERMAN (Chapter 13)**
          **Respondents.**

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Motion for Relief from Automatic Stay was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   SCOTT F. WATERMAN (Chapter 13), Chapter 13 Trustee, ECFMail@ReadingCh13.com

   CHARLES LAPUTKA, Attorney for Dani Al Khoury DBA Evolve Life Style Salon & Spa and Sana Nweiser, claputka@laputkalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

22-032257_EJS1

Dani Al Khoury DBA Evolve Life Style Salon & Spa and Sana Nweiser, 373 Sumner Ave, Whitehall, PA  18052

/s/ Alyk L. Oflazian

22-032257_EJS1