| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Dani Al Khoury** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | **Sana Nweiser** | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 22-12031 | |

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|---|
| 2.1 | **Midland Credit Management**<br>Creditor's Name<br><br>**320 E Big Beaver, 300 Troy, MI 48083**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>**373 Sumner Avenue Whitehall, PA 18052 Lehigh County**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,333.35 | $309,400.00 | $0.00 |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  1/11/2022       **Last 4 digits of account number**  _____

| Debtor 1 | **Dani Al Khoury** | | | Case number (if known) | **22-12031** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Sana Nweiser** | | | | |
| | First Name | Middle Name | Last Name | | |

---

**2.2 Midland MTG/MidFirst**
Creditor's Name

**999 NW Grand Blvd**
**Oklahoma City, OK 73118**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:   **$170,942.90**   **$309,400.00**   **$0.00**

**373 Sumner Avenue Whitehall, PA 18052  Lehigh County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

**Date debt was incurred**   **7/6/2017**       Last 4 digits of account number

---

**2.3 Secretary of Housing & Urban Development**
Creditor's Name

**451 Seventh Street  SW**
**Washington, DC**
**20410-8000**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:   **$32,849.77**   **$309,400.00**   **$0.00**

**373 Sumner Avenue Whitehall, PA 18052  Lehigh County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

**Date debt was incurred**   **7/29/2021**      Last 4 digits of account number

---

**2.4 Wells Fargo Auto**
Creditor's Name

**PO Box 130000**
**Raleigh, NC 27605**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:   **$22,185.34**   **$25,575.00**   **$0.00**

**2015 Chevrolet Tahoe 107,000 miles**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Auto Loan**

**Date debt was incurred**   **2018**       Last 4 digits of account number

---

| Debtor 1 | Dani Al Khoury | | | Case number (if known) | 22-12031 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Sana Nweiser | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.5 | **Whitehall Township** | Describe the property that secures the claim: | $1,293.77 | $309,400.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 373 Sumner Avenue Whitehall, PA 18052  Lehigh County | | | |
| | c/o Portnoff Law Associates LTD PO Box 391 Norristown, PA 19404 | | | | |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Municipal Lien**

**Date debt was incurred**  4/9/2022        Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:    $231,605.13
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    $231,605.13

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
**Angelo T. Almonti, Esquire
352 5th St - Ste A
Whitehall, PA 18052**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number ___