B chic llc
1452 Pennsylvania Ave.
Bethlehem PA 18018

Pay Stub Detail
PAY DATE: 09/16/2022
NET PAY: $1,503.94

Dani Alkhoury
373 Sumner Ave
WHITEHALL PA 18052

**EMPLOYER**
B chic llc
1452 Pennsylvania Ave.
Bethlehem PA 18018

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 08/25/2022 |
| Period Ending: | 09/07/2022 |
| Pay Date: | 09/16/2022 |

**EMPLOYEE**
Dani Alkhoury
373 Sumner Ave
WHITEHALL PA 18052

**NET PAY:** $1,503.94

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,846.15 | 1,846.15 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 267.07 | 267.07 |
| PA Income Tax | 56.68 | 56.68 |
| Bethlehem | 18.46 | 18.46 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,846.15 | $1,846.15 |
| Taxes | $342.21 | $342.21 |
| Deductions | $0.00 | $0.00 |

**Net Pay** $1,503.94