PATRIOT HOME CARE INC
5700 N Broad St Third Floor
Philadelphia PA  19141

1407-7326
ORG1:200 Field
EE ID: ALL10730    DD

SANA NWEISER
373 SUMNER AVE
WHITEHALL PA  18052

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Sana Nweiser | | |
| 373 Sumner Ave | | |
| Whitehall, PA  18052 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: ALL10730 | | |
| Home Department: 200 Field | | |
| Pay Period: 07/17/22 to 07/30/22 | | |
| Check Date: 08/05/22    Check #: 12164 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 553 | 541.84 | 10071.27 |
| **NET PAY** | **541.84** | **10071.27** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 79.50 | 13.0000 | 1033.50 | 1263.50 | 16385.63 |
| | | Holiday Worked | | | | 16.00 | 312.00 |
| | | Vacation | | | | 40.00 | 500.00 |
| | | **Total Hours** | 79.50 | | | 1319.50 | |
| | | **Gross Earnings** | | | 1033.50 | | 17197.63 |
| | | **Total Hrs Worked** | 79.50 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 49.56 | 833.89 |
| | Medicare | | 11.59 | 195.02 |
| | PA Income Tax | | 24.54 | 412.92 |
| | PA Unemploy | | 0.62 | 10.31 |
| | PA ALTWN-Leh In | | 11.99 | 201.77 |
| | PA LALLL-Leh LS | | 2.00 | 36.00 |
| | **TOTAL** | | 100.30 | 1689.91 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Dental | 9.06 | | 144.96 |
| | Garnishment | 51.68 | 937.80 | 618.98 |
| | Garnishment 2 | 51.68 | 1667.58 | 209.47 |
| | Hosp Indemnity | 14.95 | | 239.20 |
| | Identity Theft | 8.74 | | 139.84 |
| | Legal | 8.42 | | 134.72 |
| | Medical | 222.54 | | 3560.64 |
| | MetLife Acciden | 11.78 | | 188.48 |
| | MetLife Critica | 9.87 | | 157.92 |
| | Vision | 2.64 | | 42.24 |
| | **TOTAL** | 391.36 | | 5436.45 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 541.84 | 10071.27 |

**PATRIOT HOME CARE INC**
5700 N Broad St Third Floor
Philadelphia PA 19141

1407-7326
ORG1:200 Field
EE ID: ALL10730    DD

SANA NWEISER
373 SUMNER AVE
WHITEHALL PA  18052

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Sana Nweiser | | | | | Hourly | 71.00 | 13.0000 | 923.00 | 1184.00 | 15352.13 |
| 373 Sumner Ave | | | | | Holiday Worked | 8.00 | 19.5000 | 156.00 | 16.00 | 312.00 |
| Whitehall, PA 18052 | | | | | Vacation | | | | 40.00 | 500.00 |
| Soc Sec #: xxx-xx-xxxx  Employee ID: ALL10730 | | | | | **Total Hours** | 79.00 | | | 1240.00 | |
| | | | | | **Gross Earnings** | | | 1079.00 | | 16164.13 |
| Home Department: 200 Field | | | | | **Total Hrs Worked** | 79.00 | | | | |
| Pay Period: 07/03/22 to 07/16/22 | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Check Date: 07/22/22   Check #: 11891 | | | | | | | | | | |
| **NET PAY ALLOCATIONS** | | | | | Social Security | | | 52.37 | | 784.33 |
| | | | | | Medicare | | | 12.25 | | 183.43 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | PA Income Tax | | | 25.93 | | 388.38 |
| Check Amount | 0.00 | 0.00 | | | PA Unemploy | | | 0.65 | | 9.69 |
| Chkg 553 | 577.23 | 9529.43 | | | PA ALTWN-Leh In | | | 12.67 | | 189.78 |
| **NET PAY** | **577.23** | **9529.43** | | | PA LALLL-Leh LS | | | 2.00 | | 34.00 |
| | | | | | **TOTAL** | | | 105.87 | | 1589.61 |
| | | | DEDUCTION | | DESCRIPTION | | | THIS PERIOD ($) | BALANCE | YTD ($) |
| | | | | | Dental | | | 9.06 | | 135.90 |
| | | | | | Garnishment | | | 53.95 | 989.48 | 567.30 |
| | | | | | Garnishment 2 | | | 53.95 | 1719.26 | 157.79 |
| | | | | | Hosp Indemnity | | | 14.95 | | 224.25 |
| | | | | | Identity Theft | | | 8.74 | | 131.10 |
| | | | | | Legal | | | 8.42 | | 126.30 |
| | | | | | Medical | | | 222.54 | | 3338.10 |
| | | | | | MetLife Acciden | | | 11.78 | | 176.70 |
| | | | | | MetLife Critica | | | 9.87 | | 148.05 |
| | | | | | Vision | | | 2.64 | | 39.60 |
| | | | | | **TOTAL** | | | 395.90 | | 5045.09 |
| | | | **NET PAY** | | | | | THIS PERIOD ($) 577.23 | | YTD ($) 9529.43 |

PATRIOT HOME CARE INC
5700 N Broad St Third Floor
Philadelphia PA  19141

1407-7326
ORG1:200 Field
EE ID: ALL10730    DD

SANA NWEISER
373 SUMNER AVE
WHITEHALL PA  18052

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Sana Nweiser | | |
| 373 Sumner Ave | | |
| Whitehall, PA  18052 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: ALL10730 | | |
| Home Department: 200 Field | | |
| Pay Period: 06/19/22 to 07/02/22 | | |
| Check Date: 07/08/22    Check #: 11602 | | |
| **NET PAY ALLOCATIONS** | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 553 | 544.38 | 8952.20 |
| **NET PAY** | **544.38** | **8952.20** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 79.75 | 13.0000 | 1036.75 | 1113.00 | 14429.13 |
| | | Holiday Worked | | | | 8.00 | 156.00 |
| | | Vacation | | | | 40.00 | 500.00 |
| | | **Total Hours** | 79.75 | | | 1161.00 | |
| | | **Gross Earnings** | | | 1036.75 | | 15085.13 |
| | | **Total Hrs Worked** | 79.75 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 49.76 | 731.96 |
| | Medicare | | 11.63 | 171.18 |
| | PA Income Tax | | 24.64 | 362.45 |
| | PA Unemploy | | 0.62 | 9.04 |
| | PA ALTWN-Leh In | | 12.04 | 177.11 |
| | PA LALLL-Leh LS | | 2.00 | 32.00 |
| | **TOTAL** | | 100.69 | 1483.74 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Dental | 9.06 | | 126.84 |
| | Garnishment | 51.84 | 1043.43 | 513.35 |
| | Garnishment 2 | 51.84 | 1773.21 | 103.84 |
| | Hosp Indemnity | 14.95 | | 209.30 |
| | Identity Theft | 8.74 | | 122.36 |
| | Legal | 8.42 | | 117.88 |
| | Medical | 222.54 | | 3115.56 |
| | MetLife Acciden | 11.78 | | 164.92 |
| | MetLife Critica | 9.87 | | 138.18 |
| | Vision | 2.64 | | 36.96 |
| | **TOTAL** | 391.68 | | 4649.19 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 544.38 | 8952.20 |

PATRIOT HOME CARE INC
5700 N Broad St Third Floor
Philadelphia PA  19141

1407-7326
ORG1:200 Field
EE ID: ALL10730    DD

SANA NWEISER
373 SUMNER AVE
WHITEHALL PA  18052

### PERSONAL AND CHECK INFORMATION
Sana Nweiser
373 Sumner Ave
Whitehall, PA  18052
Soc Sec #: xxx-xx-xxxx    Employee ID: ALL10730

Home Department: 200 Field

Pay Period: 06/05/22 to 06/18/22
Check Date: 06/24/22    Check #: 11309

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 553 | 546.91 | 8407.82 |
| **NET PAY** | **546.91** | **8407.82** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 80.00 | 13.0000 | 1040.00 | 1033.25 | 13392.38 |
| | Holiday Worked | | | | 8.00 | 156.00 |
| | Vacation | | | | 40.00 | 500.00 |
| | **Total Hours** | 80.00 | | | 1081.25 | |
| | **Gross Earnings** | | | 1040.00 | | 14048.38 |
| | **Total Hrs Worked** | 80.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 49.95 | 682.20 |
| Medicare | | 11.69 | 159.55 |
| PA Income Tax | | 24.74 | 337.81 |
| PA Unemploy | | 0.62 | 8.42 |
| PA ALTWN-Leh In | | 12.09 | 165.07 |
| PA LALLL-Leh LS | | 2.00 | 30.00 |
| **TOTAL** | | **101.09** | **1383.05** |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| Dental | 9.06 | | 117.78 |
| Garnishment | 52.00 | 1095.27 | 461.51 |
| Garnishment 2 | 52.00 | 1825.05 | 52.00 |
| Hosp Indemnity | 14.95 | | 194.35 |
| Identity Theft | 8.74 | | 113.62 |
| Legal | 8.42 | | 109.46 |
| Medical | 222.54 | | 2893.02 |
| MetLife Acciden | 11.78 | | 153.14 |
| MetLife Critica | 9.87 | | 128.31 |
| Vision | 2.64 | | 34.32 |
| **TOTAL** | **392.00** | | **4257.51** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 546.91 | 8407.82 |

Payrolls by Paychex, Inc.

0942 1407-7326  Patriot Home Care Inc • 5700 N Broad St Third Floor • Philadelphia PA  19141 • (267) 608-1526

PATRIOT HOME CARE INC
5700 N Broad St Third Floor
Philadelphia PA  19141

1407-7326
ORG1:200 Field
EE ID: ALL10730    DD

SANA NWEISER
373 SUMNER AVE
WHITEHALL PA  18052

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Sana Nweiser | | |
| 373 Sumner Ave | | |
| Whitehall, PA  18052 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: ALL10730 | | |
| Home Department: 200 Field | | |
| Pay Period: 05/22/22 to 06/04/22 | | |
| Check Date: 06/10/22    Check #:  11029 | | |
| **NET PAY ALLOCATIONS** | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 553 | 587.32 | 7860.91 |
| **NET PAY** | **587.32** | **7860.91** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 72.00 | 13.0000 | 936.00 | 953.25 | 12352.38 |
| | | Holiday Worked | 8.00 | 19.5000 | 156.00 | 8.00 | 156.00 |
| | | Vacation | | | | 40.00 | 500.00 |
| | | Total Hours | 80.00 | | | 1001.25 | |
| | | Gross Earnings | | | 1092.00 | | 13008.38 |
| | | Total Hrs Worked | 80.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 53.19 | 632.25 |
| | Medicare | | 12.43 | 147.86 |
| | PA Income Tax | | 26.33 | 313.07 |
| | PA Unemploy | | 0.66 | 7.80 |
| | PA ALTWN-Leh In | | 12.87 | 152.98 |
| | PA LALLL-Leh LS | | 2.00 | 28.00 |
| | TOTAL | | 107.48 | 1281.96 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Dental | 9.06 | | 108.72 |
| | Garnishment | 109.20 | 1147.27 | 409.51 |
| | Hosp Indemnity | 14.95 | | 179.40 |
| | Identity Theft | 8.74 | | 104.88 |
| | Legal | 8.42 | | 101.04 |
| | Medical | 222.54 | | 2670.48 |
| | MetLife Acciden | 11.78 | | 141.36 |
| | MetLife Critica | 9.87 | | 118.44 |
| | Vision | 2.64 | | 31.68 |
| | TOTAL | 397.20 | | 3865.51 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 587.32 | 7860.91 |