United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12031-pmm |
| Dani Al Khoury | Chapter 13 |
| Sana Nweiser | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Dani Al Khoury, Sana Nweiser, 373 Sumner Ave, Whitehall, PA 18052-7219 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| CHARLES LAPUTKA | on behalf of Joint Debtor Sana Nweiser claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Debtor Dani Al Khoury claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| DOUGLAS J. SMILLIE | on behalf of Creditor Saucon Valley Lifestyle Center L.P. dsmillie@flblaw.com, ccharlton@flblaw.com |
| JAMES RANDOLPH WOOD | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Whitehall Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Sana Nweiser
and Dani A. Khoury,                    :       Chapter 13
                                       :
                                       :       Case No.   22-12031 (PMM)
                                       :
Debtors.                               :

## ORDER SETTING DEADLINE FOR FILING OF STIPULATION

**AND NOW**, upon consideration of the Motion for Relief from Stay filed by Wells Fargo Bank (doc. #39, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #54);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **December 21, 2022**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date: 11/21/22**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**