IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-12031 |
| **Dani Al Khoury DBA Evolve Life Style** | : **Chapter 13** |
| **Salon & Spa** | : **Judge Patricia M. Mayer** |
| **Sana Nweiser** | : * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : Date and Time of Hearing |
| **Fargo Auto** | : November 22, 2022 at 10:00 a.m. |
| **Movant,** | : |
| vs | : **Place of Hearing** |
| | : **201 Penn Street, 4th Floor** |
| **Dani Al Khoury DBA Evolve Life Style** | : **Reading, PA 19601** |
| **Salon & Spa** | : |
| **Sana Nweiser** | : Related Document # 39 |
| Scott F. Waterman | |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, to wit, this  29th  day of  November         , 2022, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.     The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.     Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Patricia M. Mayer*
_____
PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT