**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Dani Al Khoury d/b/a Evolve Life Style Salon and Spa<br>Sana Nweiser<br><u>Debtor(s)</u> | CHAPTER 13 |
| MIDFIRST BANK<br><u>Movant</u><br>vs. | NO. 22-12031 PMM |
| Dani Al Khoury d/b/a Evolve Life Style Salon and Spa<br>Sana Nweiser<br><u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| Scott F. Waterman<br><u>Trustee</u> | |

**ORDER**

AND NOW, this __22nd__ day of __February__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
United States Bankruptcy Judge