United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                          Case No. 22-12031-pmm

Dani Al Khoury                                                  Chapter 13

Sana Nweiser

   Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

**Recip ID              Recipient Name and Address**
db/jdb                  +  Dani Al Khoury, Sana Nweiser, 373 Sumner Ave, Whitehall, PA 18052-7219

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:**

**Name                          Email Address**

ALYK L OFLAZIAN
                    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

CHARLES LAPUTKA
                    on behalf of Joint Debtor Sana Nweiser claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES LAPUTKA
                    on behalf of Debtor Dani Al Khoury claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

DENISE ELIZABETH CARLON
                    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

DOUGLAS J. SMILLIE
                    on behalf of Creditor Saucon Valley Lifestyle Center  L.P. dsmillie@flblaw.com, ccharlton@flblaw.com

JAMES RANDOLPH WOOD

District/off: 0313-4     User: admin     Page 2 of 2

Date Rcvd: Feb 22, 2023     Form ID: pdf900     Total Noticed: 1

on behalf of Creditor Whitehall Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

ROBERT H. HOLBER
on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

SCOTT F. WATERMAN (Chapter 13)
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Dani Al Khoury d/b/a Evolve Life Style Salon and Spa<br>Sana Nweiser<br><br>         <u>Debtor(s)</u> | CHAPTER 13 |
| MIDFIRST BANK<br>         <u>Movant</u><br>   vs. | NO. 22-12031 PMM |
| Dani Al Khoury d/b/a Evolve Life Style Salon and Spa<br>Sana Nweiser<br><br>         <u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| Scott F. Waterman<br><br>         <u>Trustee</u> | |

**ORDER**

AND NOW, this __22nd__ day of __February__, 2023 at Reading, upon confirmation

of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court

retains discretion regarding entry of any further order.

_Patricia M. Mayer_
_____
United States Bankruptcy Judge