**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Dani Al Khoury and Sana Nweiser | Case #  22-12031 |
| Debtor | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Charles Laputka, Esquire, do hereby certify that on the 19th day of April, 2023, a true and correct copy of the 3rd Amended Chapter 13 Plan was served upon all creditors listed in the matrix and by first-class, postage prepaid U. S. mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

Scott F. Waterman, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606
ECFMail@ReadingCh13.com

Denise Elizabeth Carlon, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
dcarlon@kmllawgroup.com

Douglas J. Smillie, Esquire
Fitzpatrick Lentz and Bubba P.C.
645 Hamilton Street, Ste. 800
Allentown, PA 18101
dsmillie@flblaw.com

Alyk L Oflazian, Esquire
Manley Deas & Kochalski LLC
1555 Lakeshore Drive
Columbus, OH 43204
amps@manleydeas.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107
USTPRegion03.PH.ECF@usdoj.gov

PA Department of Revenue
Bkry Division – PO Box 280946
Harrisburg, PA 17128-0946

Stephanie Santiago
37 S 4th Street
Allentown, PA 18013

Midfirst Bank
999 NorthWest Grand Blvd
Oklahoma City, OK 73118

IRS – Dept of Treasury
PO Box 7346
Philadelphia, PA 19101-7346

James Randolph Wood, Esquire
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406
jwood@portnoffonline.com

Wells Fargo Bank NA d/b/a Wells Fargo Auto
PO Box 130000
Raleigh, NC 27605

                                                                         Laputka Law Office, LLC

                                                                         /s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
1344 W Hamilton St
Allentown, PA 18102
Telephone – 610/477-0155
PAID: 91984
claputka@laputkaklaw.com