**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 22-12031 |
| **Dani Al Khoury** | : Chapter 13 |
| **Sana Nweiser** | : Judge Patricia M. Mayer |
| | : * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : |
| | : |
| **Movant,** | : |
| vs | : |
| | : |
| **Dani Al Khoury** | : |
| **Sana Nweiser** | : |
| **Scott F. Waterman** | : |
| **Respondents.** | |

**ORDER OF COURT**

AND NOW, this  26th  day of   July  , 20 23 , upon consideration of the Certification of Default filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the 2015 Chevrolet Tahoe, VIN 1GNSKBKC7FR191854.

BY THE COURT

*Patricia M. Mayer*

PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

22-032257_SJW