United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-12031-pmm
Dani Al Khoury  Chapter 13
Sana Nweiser
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2
Date Rcvd: Jul 26, 2023    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dani Al Khoury, Sana Nweiser, 373 Sumner Ave, Whitehall, PA 18052-7219 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023     Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| CHARLES LAPUTKA | on behalf of Joint Debtor Sana Nweiser claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Debtor Dani Al Khoury claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| DOUGLAS J. SMILLIE | on behalf of Creditor Saucon Valley Lifestyle Center L.P. dsmillie@flblaw.com, ccharlton@flblaw.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Whitehall Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | Total Noticed: 1 |

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 22-12031** |
| **Dani Al Khoury** | : **Chapter 13** |
| **Sana Nweiser** | : **Judge Patricia M. Mayer** |
| | : * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : |
| | : |
| **Movant,** | : |
| **vs** | : |
| | : |
| **Dani Al Khoury** | : |
| **Sana Nweiser** | : |
| **Scott F. Waterman** | : |
| **Respondents.** | |

### ORDER OF COURT

AND NOW, this 26th day of July, 20 23, upon consideration of the Certification of Default filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the 2015 Chevrolet Tahoe, VIN 1GNSKBKC7FR191854.

BY THE COURT

*Patricia M. Mayer*

PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

22-032257_SJW