United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Dani Al Khoury

Sana Nweiser

     Debtors

Case No. 22-12031-pmm

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4

Date Rcvd: Aug 07, 2023

User: admin

Form ID: pdf900

Page 1 of 2

Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dani Al Khoury, Sana Nweiser, 373 Sumner Ave, Whitehall, PA 18052-7219 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023

Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | |
| | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| CHARLES LAPUTKA | |
| | on behalf of Joint Debtor Sana Nweiser claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | |
| | on behalf of Debtor Dani Al Khoury claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| DOUGLAS J. SMILLIE | |
| | on behalf of Creditor Saucon Valley Lifestyle Center  L.P. dsmillie@flblaw.com, ccharlton@flblaw.com |
| JAMES RANDOLPH WOOD | |

District/off: 0313-4                                      User: admin                                                    Page 2 of 2

Date Rcvd: Aug 07, 2023                                  Form ID: pdf900                                        Total Noticed: 1

on behalf of Creditor Whitehall Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

MICHAEL PATRICK FARRINGTON
                on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

ROBERT H. HOLBER
                on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

SCOTT F. WATERMAN (Chapter 13)
                on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
                ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
                on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dani Al Khoury d/b/a Evolve Life Style Salon & Spa<br>Sana Nweiser<br><br>                Debtor(s) | Chapter 13 |
| MIDFIRST BANK<br>                Movant<br>     v. | NO. 22-12031 PMM |
| Dani Al Khoury d/b/a Evolve Life Style Salon & Spa<br>Sana Nweiser<br><br>                Debtor(s) | 11 U.S.C. Section 362 |
| and Scott F. Waterman<br><br>                Trustee | |

## <u>ORDER</u>

AND NOW, this 7th day of August , 2023 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on February 22, 2023, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 373 Sumner Avenue, Whitehall, PA 18052 ("Property), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Patricia M. Mayer_

Hon. Patricia M. Mayer
United States Bankruptcy Judge