| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-12031-PMM

| | |
|---|---|
| Dani Al Khoury | Petition Filed Date: 08/04/2022 |
| Sana Nweiser | 341 Hearing Date: 11/22/2022 |
| 373 Sumner Ave | Confirmation Date: |
| Whitehall  PA    18052 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2023 | $1,800.00 | | 01/31/2023 | $900.00 | | 04/03/2023 | $4,234.00 | 1351709080 |

**Total Receipts for the Period:  $6,934.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $6,934.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $17,174.57 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $15,030.77 | $0.00 | $0.00 |
| 3 | GOLDMAN SACHS BANK, USA<br>»» 002 | Unsecured Creditors | $9,631.50 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,095.59 | $0.00 | $0.00 |
| 5 | T-MOBILE USA INC<br>»» 004 | Unsecured Creditors | $613.61 | $0.00 | $0.00 |
| 6 | WELLS FARGO DEALER SERVICES<br>»» 005 | Secured Creditors | $1,716.63 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $337.50 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $456.50 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $2,632.50 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $266.50 | $0.00 | $0.00 |
| 11 | STEPHANIE SANTIAGO<br>»» 010 | Priority Crediors | $1,359.53 | $0.00 | $0.00 |
| 12 | WHITEHALL TOWNSHIP<br>»» 011 | Secured Creditors | $2,066.85 | $0.00 | $0.00 |
| 13 | UGI UTILITIES INC<br>»» 012 | Unsecured Creditors | $4,928.16 | $0.00 | $0.00 |
| 14 | MIDFIRST BANK<br>»» 013 | Mortgage Arrears | $10,902.06 | $0.00 | $0.00 |
| 15 | UNITED STATES TREASURY (IRS)<br>»» 14P | Priority Crediors | $151,613.21 | $0.00 | $0.00 |
| 17 | TIANA TANZOS<br>»» 015 | Unsecured Creditors | $2,492.57 | $0.00 | $0.00 |
| 18 | FORWARD FINANCING<br>»» 016 | Unsecured Creditors | $30,875.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-12031-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 19 | US SMALL BUSINESS ADMINISTRATION<br>»» 017 | Unsecured Creditors | $525,530.83 | $0.00 | $0.00 |
| 20 | PENNSYLVANIA TURNPIKE COMMISSION<br>»» 018 | Unsecured Creditors | $955.00 | $0.00 | $0.00 |
| 16 | UNITED STATES TREASURY (IRS)<br>»» 14U | Unsecured Creditors | $13,175.00 | $0.00 | $0.00 |
| 21 | WELLS FARGO DEALER SERVICES<br>»» 019 | Secured Creditors | $2,241.87 | $0.00 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $1,725.00 | $0.00 | $1,725.00 |
| 22 | WELLS FARGO DEALER SERVICES<br>»» 020 | Secured Creditors | $1,494.58 | $0.00 | $0.00 |
| 23 | MIDFIRST BANK<br>»» 13P | Mortgage Arrears | $8,270.50 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,934.00 | Current Monthly Payment: | $4,400.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $597.06 | Total Plan Base: | $226,934.00 |
| Funds on Hand: | $6,336.94 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.