UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
   Dani Al Khoury                    : Chapter 13
   Sana Nweiser                       :
        Debtors    : Bankruptcy No.  22-12031-PMM

ORDER

AND NOW, upon consideration of the Motion of the Standing Chapter 13 Trustee to Reconvert Case to Chapter 7 Pursuant to 11 U.S.C. Section 1307 and after notice and hearing, this case is hereby reconverted to Chapter 7.

BY THE COURT

*Patricia M. Mayer*

_____
Patricia M. Mayer, B. J.

**Date: September 21, 2023**