United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12031-pmm |
| Dani Al Khoury | Chapter 7 |
| Sana Nweiser | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 21, 2023 | Form ID: pdf900 | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dani Al Khoury, Sana Nweiser, 373 Sumner Ave, Whitehall, PA 18052-7219 |
| cr | + | Saucon Valley Lifestyle Center, L.P., c/o Prudential Insurance of America, 7 Giralda Farms, Madison, NJ 07940-1051 |
| 14712010 | + | ADP, 71 Hanover Rd, Florham, NJ 07932-1502 |
| 14734586 | + | Angelo T. Almonti, Esquire, 352 5th St - Ste A, Whitehall, PA 18052-6518 |
| 14734588 | + | Evolve Lifestyle Salon & Spa, 2880 Center Valley Pkwy, Center Valley, PA 18034-9046 |
| 14734589 | + | G.H. Harris Associates Inc, PO Box 216, Dallas, PA 18612-0216 |
| 14712008 | | IRS, PO Box 932100, Louisville, KY 40293-2100 |
| 14712004 | | IRS, PO Box 932100, Lousiville, KY 40293-2100 |
| 14734592 | + | ISDS D Alkhoury LLC, 2880 Center Valley Pkwy, Center Valley, PA 18034-9046 |
| 14712002 | + | Katherine Santiago, 37 S. 4th St, Allentown, PA 18102-5446 |
| 14734593 | + | LVHN, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 14711994 | + | Lehigh Valley Health Network, 2545 Schoenerville Rd, Bethlehem, PA 18017-7300 |
| 14725725 | + | MIDFIRST BANK, C/O Denise Carlon, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14712006 | + | PPL, 2 North 9th St CPC-GENN1, Allentown, PA 18101-1179 |
| 14741428 | + | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 14711993 | | Portnoff Law Associated LTD, 2799 Izon Dr Ste 100, King Of Prussia, PA 19406 |
| 14711995 | + | Portnoff Law Associated LTD, PO Box 391, Norristown, PA 19404-0391 |
| 14711997 | + | Saucon Valley Life Style Center, LP, PO Box 783822, Philadelphia, PA 19178-3822 |
| 14733039 | + | Saucon Valley Lifestyle Center, LP, c/o Douglas J. Smillie, Esq., 645 W Hamilton Street, ste 800, Allentown, PA 18101-2197 |
| 14711992 | | ServPro Western Lehigh County, Restoration LLC, 1506 S Ibert St, Allentown, PA 18103 |
| 14712009 | | St John Vianney Regional School, 210 18th St, Allentown, PA 19104 |
| 14712001 | + | Stephanie Santiago, 37 S. 4th St, Allentown, PA 18102-5446 |
| 14712000 | | Tiana Tanzos, 3622 Lower Saucon Valley Rd, Hellertown, PA 18055 |
| 14712005 | + | UGI, Address PO Box 15503, Wilmington, DE 19886-0001 |
| 14711990 | | Wells Fargo Auto, PO Box 5256, Sioux Falls, 57115 |
| 14730286 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14730451 | | Wells Fargo Bank, NA, dba Wells Fargo Auto, c/o Alyk L. Oflazian, Esquire, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14732270 | + | Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14732271 | + | Whitehall Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14712011 | | World Pay Payment Resolution, PO Box 639726, Cincinnati, OH 45263-9726 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 21 2023 23:46:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 21 2023 23:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14734599 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 21 2023 23:45:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 14711991 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

Case 22-12031-pmm   Doc 108   Filed 09/23/23   Entered 09/24/23 00:31:54   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: pdf900 | Total Noticed: 58 |

| | | | |
|---|---|---|---|
| 14734587 | + Email/Text: bankruptcy_notifications@ccsusa.com | Sep 21 2023 23:46:00 | CCS Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| | | Sep 21 2023 23:46:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14711998 | + Email/Text: parker@elevatefunding.com | Sep 21 2023 23:45:00 | Elevate Funding, 5200 43rd St., Ste 102, Gainesville, FL 32606-4486 |
| 14711999 | + Email/Text: bankruptcyalerts@forwardfinancing.com | Sep 21 2023 23:45:00 | Forward Financing, 53 State St 20th Flr, Boston, MA 02109-2820 |
| 14734590 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 21 2023 23:46:00 | Goldman Sachs Bank USA, 200 West St, New York, NY 10282-2198 |
| 14721494 | + Email/PDF: ebn_ais@aisinfo.com | Sep 21 2023 23:47:39 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14734591 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 21 2023 23:46:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14734594 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2023 23:48:28 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 14722429 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2023 23:58:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14735869 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 21 2023 23:59:06 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14734595 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 21 2023 23:46:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 14711989 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 21 2023 23:47:10 | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14712007 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2023 23:46:00 | PA Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 14711996 | ^ MEBN | Sep 21 2023 23:41:19 | PA Turnpike Toll, PO Box 645631, Pittsburg, PA 15264-5254 |
| 14712006 | ^ MEBN | Sep 21 2023 23:40:59 | PPL, 2 North 9th St CPC-GENN1, Allentown, PA 18101-1179 |
| 14734596 | ^ MEBN | Sep 21 2023 23:41:21 | PPL, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14712432 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2023 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14725694 | Email/Text: bnc-quantum@quantum3group.com | Sep 21 2023 23:46:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14712003 | + Email/Text: bankruptcynotices@sba.gov | Sep 21 2023 23:45:00 | SBA, Address 409 Third St., SW Ste 6050, Washington, DC 20416-0005 |
| 14734597 | + Email/Text: lshipowitz@poagllc.com | Sep 21 2023 23:45:00 | Saucon Valley Lifestyle Center LP, c/o Poag Shopping Centers LLC, 2650 Thousand Oaks Blvd - Ste 2200, Memphis, TN 38118-2450 |
| 14723728 | + Email/PDF: ebn_ais@aisinfo.com | Sep 21 2023 23:59:12 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14738049 | + Email/Text: ndlrc.legal@sba.gov | Sep 21 2023 23:46:00 | U.S. Small Business Administration, 200 West Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |
| 14735198 | Email/Text: bkrcy@ugi.com | Sep 21 2023 23:46:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |
| 14734598 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 21 2023 23:59:05 | Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: pdf900 | Total Noticed: 58 |

| 14724452 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 21 2023 23:58:46 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14770192 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 21 2023 23:59:35 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, Wells Fargo Bank, N.A., d/b/a Wells Farg, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14732942 | *+ | Whitehall Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023                              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

**Name**      **Email Address**

ALYK L OFLAZIAN
    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

CHARLES LAPUTKA
    on behalf of Joint Debtor Sana Nweiser claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES LAPUTKA
    on behalf of Debtor Dani Al Khoury claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

DOUGLAS J. SMILLIE
    on behalf of Creditor Saucon Valley Lifestyle Center  L.P. dsmillie@flblaw.com, ccharlton@flblaw.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Whitehall Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

ROBERT H. HOLBER
    trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 21, 2023 | Form ID: pdf900 | Total Noticed: 58 |

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
   Dani Al Khoury : Chapter 13
   Sana Nweiser :
         Debtors : Bankruptcy No. 22-12031-PMM

ORDER

AND NOW, upon consideration of the Motion of the Standing Chapter 13 Trustee to Reconvert Case to Chapter 7 Pursuant to 11 U.S.C. Section 1307 and after notice and hearing, this case is hereby reconverted to Chapter 7.

BY THE COURT

*Patricia M. Mayer*
_____
Patricia M. Mayer, B. J.

**Date: September 21, 2023**