United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dani Al Khoury  
Sana Nweiser  
    Debtors

Case No. 22-12031-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Sep 22, 2023      Form ID: 309A      Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dani Al Khoury, Sana Nweiser, 373 Sumner Ave, Whitehall, PA 18052-7219 |
| 14712010 | + | ADP, 71 Hanover Rd, Florham, NJ 07932-1502 |
| 14734586 | + | Angelo T. Almonti, Esquire, 352 5th St - Ste A, Whitehall, PA 18052-6518 |
| 14734588 | + | Evolve Lifestyle Salon & Spa, 2880 Center Valley Pkwy, Center Valley, PA 18034-9046 |
| 14734589 | + | G.H. Harris Associates Inc, PO Box 216, Dallas, PA 18612-0216 |
| 14712008 | | IRS, PO Box 932100, Louisville, KY 40293-2100 |
| 14712004 | | IRS, PO Box 932100, Lousiville, KY 40293-2100 |
| 14734592 | + | ISDS D Alkhoury LLC, 2880 Center Valley Pkwy, Center Valley, PA 18034-9046 |
| 14712002 | + | Katherine Santiago, 37 S. 4th St, Allentown, PA 18102-5446 |
| 14734593 | + | LVHN, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 14711994 | + | Lehigh Valley Health Network, 2545 Schoenerville Rd, Bethlehem, PA 18017-7300 |
| 14712006 | + | PPL, 2 North 9th St CPC-GENN1, Allentown, PA 18101-1179 |
| 14741428 | + | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 14711993 | | Portnoff Law Associated LTD, 2799 Izon Dr Ste 100, King Of Prussia, PA 19406 |
| 14711995 | + | Portnoff Law Associated LTD, PO Box 391, Norristown, PA 19404-0391 |
| 14711997 | + | Saucon Valley Life Style Center, LP, PO Box 783822, Philadelphia, PA 19178-3822 |
| 14711992 | | ServPro Western Lehigh County, Restoration LLC, 1506 S Ibert St, Allentown, PA 18103 |
| 14712009 | | St John Vianney Regional School, 210 18th St, Allentown, PA 19104 |
| 14712001 | + | Stephanie Santiago, 37 S. 4th St, Allentown, PA 18102-5446 |
| 14712000 | | Tiana Tanzos, 3622 Lower Saucon Valley Rd, Hellertown, PA 18055 |
| 14712005 | + | UGI, Address PO Box 15503, Wilmington, DE 19886-0001 |
| 14711990 | | Wells Fargo Auto, PO Box 5256, Sioux Falls, 57115 |
| 14732270 | + | Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14712011 | | World Pay Payment Resolution, PO Box 639726, Cincinnati, OH 45263-9726 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: claputka@laputkalaw.com | Sep 22 2023 23:35:00 | CHARLES LAPUTKA, Laputka Law Office, 1344 W. Hamilton St., Allentown, PA 18102 |
| tr | + | EDI: QRHHOLBER.COM | Sep 23 2023 03:34:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 22 2023 23:35:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 22 2023 23:36:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 22 2023 23:36:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

Case 22-12031-pmm   Doc 109   Filed 09/24/23   Entered 09/25/23 00:29:03   Desc
Imaged Certificate of Notice   Page 2 of 6

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2023 | Form ID: 309A | Total Noticed: 55 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14734599 | + | EDI: BANKAMER.COM | Sep 23 2023 03:34:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 14711991 | + | EDI: CCS.COM | Sep 23 2023 03:34:00 | CCS Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 14734587 | + | EDI: CCS.COM | Sep 23 2023 03:34:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14711998 | + | Email/Text: parker@elevatefunding.com | Sep 22 2023 23:35:00 | Elevate Funding, 5200 43rd St., Ste 102, Gainesville, FL 32606-4486 |
| 14711999 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | Sep 22 2023 23:35:00 | Forward Financing, 53 State St 20th Flr, Boston, MA 02109-2820 |
| 14734590 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 22 2023 23:35:00 | Goldman Sachs Bank USA, 200 West St, New York, NY 10282-2198 |
| 14721494 | + | EDI: AIS.COM | Sep 23 2023 03:34:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14734591 | + | EDI: IRS.COM | Sep 23 2023 03:34:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14734594 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2023 23:44:58 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 14722429 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2023 23:44:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14735869 | + | EDI: AISMIDFIRST | Sep 23 2023 03:34:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14734595 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 22 2023 23:36:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 14711989 | + | EDI: AISMIDFIRST | Sep 23 2023 03:34:00 | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14712007 | + | EDI: PENNDEPTREV | Sep 23 2023 03:34:00 | PA Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 14712007 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 22 2023 23:36:00 | PA Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 14711996 | ^ | MEBN | Sep 22 2023 23:30:00 | PA Turnpike Toll, PO Box 645631, Pittsburg, PA 15264-5254 |
| 14712006 | ^ | MEBN | Sep 22 2023 23:30:02 | PPL, 2 North 9th St CPC-GENN1, Allentown, PA 18101-1179 |
| 14734596 | ^ | MEBN | Sep 22 2023 23:30:02 | PPL, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14712432 | | EDI: PENNDEPTREV | Sep 23 2023 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14712432 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 22 2023 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14725694 | | EDI: Q3G.COM | Sep 23 2023 03:34:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14712003 | + | Email/Text: bankruptcynotices@sba.gov | Sep 22 2023 23:35:00 | SBA, Address 409 Third St., SW Ste 6050, Washington, DC 20416-0005 |
| 14734597 | + | Email/Text: lshipowitz@poagllc.com | Sep 22 2023 23:35:00 | Saucon Valley Lifestyle Center LP, c/o Poag Shopping Centers LLC, 2650 Thousand Oaks Blvd - Ste 2200, Memphis, TN 38118-2450 |
| 14723728 | + | EDI: AIS.COM | Sep 23 2023 03:34:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2023 | Form ID: 309A | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 14738049 | + Email/Text: ndlrc.legal@sba.gov | | | Oklahoma City, OK 73118-7901 |
| | | | Sep 22 2023 23:35:00 | U.S. Small Business Administration, 200 West Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |
| 14735198 | Email/Text: bkrcy@ugi.com | | Sep 22 2023 23:36:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |
| 14734598 | + EDI: WFFC2 | | Sep 23 2023 03:34:00 | Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14724452 | + EDI: WFFC2 | | Sep 23 2023 03:34:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14770192 | + EDI: WFFC2 | | Sep 23 2023 03:34:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, Wells Fargo Bank, N.A., d/b/a Wells Farg, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:

**Name**              **Email Address**

ALYK L OFLAZIAN
                      on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

CHARLES LAPUTKA
                      on behalf of Joint Debtor Sana Nweiser claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES LAPUTKA
                      on behalf of Debtor Dani Al Khoury claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

DENISE ELIZABETH CARLON
                      on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

DOUGLAS J. SMILLIE
                      on behalf of Creditor Saucon Valley Lifestyle Center  L.P. dsmillie@flblaw.com, ccharlton@flblaw.com

JAMES RANDOLPH WOOD
                      on behalf of Creditor Whitehall Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

MICHAEL PATRICK FARRINGTON

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Sep 22, 2023 | Form ID: 309A | Total Noticed: 55

    on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

ROBERT H. HOLBER
    trustee@holber.com rholber@ecf.axosfs.com

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Dani Al Khoury | Social Security number or ITIN: | xxx–xx–6599 |
| | First Name  Middle Name  Last Name | EIN: | 81–3054226 |
| Debtor 2: | Sana Nweiser | Social Security number or ITIN: | xxx–xx–9249 |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN: | __–_____ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed in chapter: | 7   8/4/22 |
| Case number: | 22–12031–pmm | Date case reconverted to chapter: | 7   9/21/23 |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20
**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dani Al Khoury | Sana Nweiser |
| 2. | **All other names used in the last 8 years** | dba Evolve Life Style Salon & Spa | |
| 3. | **Address** | 373 Sumner Ave<br>Whitehall, PA 18052 | 373 Sumner Ave<br>Whitehall, PA 18052 |
| 4. | **Debtor's attorney**<br>Name and address | CHARLES LAPUTKA<br>Laputka Law Office<br>1344 W. Hamilton St.<br>Allentown, PA 18102 | Contact phone (610) 477–0155<br>Email: claputka@laputkalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Contact phone (610) 565–5463<br>Email: trustee@holber.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 9/22/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 18, 2023 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635–2353, Enter Meeting ID 553 798 0544, and Passcode 9076919462**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/18/23** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |