Certificate Number: 17082-PAE-DE-037902095

Bankruptcy Case Number: 22-12031



17082-PAE-DE-037902095

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 1, 2023, at 12:14 o'clock PM MST, DANI ALKHOURY completed a course on personal financial management given by telephone by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 1, 2023               By:     /s/Orsolya K Lazar

                                        Name:   Orsolya K Lazar

                                        Title:  Executive Director