United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dani Al Khoury  
Sana Nweiser  
    Debtors

Case No. 22-12031-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Jan 02, 2024      Form ID: 318      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dani Al Khoury, Sana Nweiser, 373 Sumner Ave, Whitehall, PA 18052-7219 |
| 14712010 | + | ADP, 71 Hanover Rd, Florham, NJ 07932-1502 |
| 14734586 | + | Angelo T. Almonti, Esquire, 352 5th St - Ste A, Whitehall, PA 18052-6518 |
| 14734588 | + | Evolve Lifestyle Salon & Spa, 2880 Center Valley Pkwy, Center Valley, PA 18034-9046 |
| 14734589 | + | G.H. Harris Associates Inc, PO Box 216, Dallas, PA 18612-0216 |
| 14712008 | | IRS, PO Box 932100, Louisville, KY 40293-2100 |
| 14712004 | | IRS, PO Box 932100, Lousiville, KY 40293-2100 |
| 14734592 | + | ISDS D Alkhoury LLC, 2880 Center Valley Pkwy, Center Valley, PA 18034-9046 |
| 14712002 | + | Katherine Santiago, 37 S. 4th St, Allentown, PA 18102-5446 |
| 14734593 | + | LVHN, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 14711994 | + | Lehigh Valley Health Network, 2545 Schoenersville Rd, Bethlehem, PA 18017-7300 |
| 14741428 | + | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 14711995 | + | Portnoff Law Associated LTD, PO Box 391, Norristown, PA 19404-0391 |
| 14711993 | | Portnoff Law Associated LTD, 2799 Izon Dr Ste 100, King Of Prussia, PA 19406 |
| 14711997 | + | Saucon Valley Life Style Center, LP, PO Box 783822, Philadelphia, PA 19178-3822 |
| 14711992 | | ServPro Western Lehigh County, Restoration LLC, 1506 S Ibert St, Allentown, PA 18103 |
| 14712009 | | St John Vianney Regional School, 210 18th St, Allentown, PA 19104 |
| 14712001 | + | Stephanie Santiago, 37 S. 4th St, Allentown, PA 18102-5446 |
| 14712000 | | Tiana Tanzos, 3622 Lower Saucon Valley Rd, Hellertown, PA 18055 |
| 14712005 | + | UGI, Address PO Box 15503, Wilmington, DE 19886-0001 |
| 14711990 | + | Wells Fargo Auto, PO Box 5256, Sioux Falls 57117 |
| 14732270 | + | Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14712011 | | World Pay Payment Resolution, PO Box 639726, Cincinnati, OH 45263-9726 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Jan 03 2024 08:52:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 03 2024 03:49:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 03 2024 03:49:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14734599 | + | EDI: BANKAMER | Jan 03 2024 08:52:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 14711991 | + | EDI: CCS.COM | Jan 03 2024 08:52:00 | CCS Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 14734587 | + | EDI: CCS.COM | Jan 03 2024 08:52:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |

Case 22-12031-pmm    Doc 117    Filed 01/04/24    Entered 01/05/24 00:40:24    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 02, 2024 | Form ID: 318 | Total Noticed: 53 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14711998 | + Email/Text: parker@elevatefunding.com | Jan 03 2024 03:49:00 | Elevate Funding, 5200 43rd St., Ste 102, Gainesville, FL 32606-4486 |
| 14711999 | + Email/Text: bankruptcyalerts@forwardfinancing.com | Jan 03 2024 03:49:00 | Forward Financing, 53 State St 20th Flr, Boston, MA 02109-2820 |
| 14734590 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 03 2024 03:49:00 | Goldman Sachs Bank USA, 200 West St, New York, NY 10282-2198 |
| 14721494 | + EDI: AIS.COM | Jan 03 2024 08:52:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14734591 | + EDI: IRS.COM | Jan 03 2024 08:52:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14734594 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2024 03:54:02 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 14722429 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2024 03:54:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14735869 | + EDI: AISMIDFIRST | Jan 03 2024 08:52:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14734595 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 03 2024 03:49:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 14711989 | + EDI: AISMIDFIRST | Jan 03 2024 08:52:00 | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14712007 | + EDI: PENNDEPTREV | Jan 03 2024 08:52:00 | PA Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 14712007 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 03 2024 03:49:00 | PA Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 14711996 | ^ MEBN | Jan 03 2024 03:47:40 | PA Turnpike Toll, PO Box 645631, Pittsburg, PA 15264-5254 |
| 14712006 | ^ MEBN | Jan 03 2024 03:47:42 | PPL, 2 North 9th St CPC-GENN1, Allentown, PA 18101-1179 |
| 14734596 | ^ MEBN | Jan 03 2024 03:47:41 | PPL, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14712432 | EDI: PENNDEPTREV | Jan 03 2024 08:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14712432 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 03 2024 03:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14725694 | EDI: Q3G.COM | Jan 03 2024 08:52:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14712003 | + Email/Text: bankruptcynotices@sba.gov | Jan 03 2024 03:49:00 | SBA, Address 409 Third St., SW Ste 6050, Washington, DC 20416-0005 |
| 14734597 | + Email/Text: lshipowitz@poagllc.com | Jan 03 2024 03:49:00 | Saucon Valley Lifestyle Center LP, c/o Poag Shopping Centers LLC, 2650 Thousand Oaks Blvd - Ste 2200, Memphis, TN 38118-2450 |
| 14723728 | + EDI: AIS.COM | Jan 03 2024 08:52:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14738049 | + Email/Text: ndlrc.legal@sba.gov | Jan 03 2024 03:49:00 | U.S. Small Business Administration, 200 West Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |
| 14735198 | Email/Text: bkrcy@ugi.com | Jan 03 2024 03:49:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |
| 14734598 | + EDI: WFFC2 | | |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 02, 2024 | Form ID: 318 | Total Noticed: 53 |

|  |  |  | Jan 03 2024 08:52:00 | Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
|---|---|---|---|---|
| 14724452 | + | EDI: WFFC2 | Jan 03 2024 08:52:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14770192 | + | EDI: WFFC2 | Jan 03 2024 08:52:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, Wells Fargo Bank, N.A., d/b/a Wells Farg, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2024                                          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2024 at the address(es) listed below:

**Name**        **Email Address**

ALYK L OFLAZIAN
                on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

CHARLES LAPUTKA
                on behalf of Joint Debtor Sana Nweiser claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES LAPUTKA
                on behalf of Debtor Dani Al Khoury claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

DENISE ELIZABETH CARLON
                on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

DOUGLAS J. SMILLIE
                on behalf of Creditor Saucon Valley Lifestyle Center L.P. dsmillie@flblaw.com, ccharlton@flblaw.com

JAMES RANDOLPH WOOD
                on behalf of Creditor Whitehall Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

MICHAEL PATRICK FARRINGTON
                on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

ROBERT H. HOLBER
                trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
                on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

SCOTT F. WATERMAN (Chapter 13)
                on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 02, 2024 | Form ID: 318 | Total Noticed: 53 |

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dani Al Khoury <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6599 <br> EIN   81–3054226 |
| Debtor 2 <br> (Spouse, if filing) | Sana Nweiser <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9249 <br> EIN   __–_____ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   22–12031–pmm | | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dani Al Khoury                                    Sana Nweiser
dba Evolve Life Style Salon & Spa

<u>1/2/24</u>                                         **By the court:** <u>Patricia M. Mayer</u>
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**